UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WAYNE A. REED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERIDOSE, LLC, et al, )<br>)<br>Defendants. ) | NO. 3:13-0923<br>Judge Campbell<br>Magistrate Judge Bryant |

## O R D E R

The initial case management conference scheduled on November 18 2013, at 9:30 a.m. is hereby rescheduled to **Monday, December 16, 2013, at 1:00 p.m.** The parties shall file a proposed initial case management order three (3) business days prior to the conference.

It is so **ORDERED**.

_____
JOHN S. BRYANT
United States Magistrate Judge